UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POLICE BENEVOLENT ASSOCIATION OF THE CITY
OF NEW YORK, INC., on behalf of its members,
PATRICK J. LYNCH, as President of the Police
Benevolent Association of the City of New York, Inc.,
DANIEL MURRO, CORY PILZER, CHRISTIAN
PINEZ, ZANETA BOJARSKA, TIANA GUGLIAMO,
THOMAS LEONARDO, MICHAEL GAGLIANO,
DANIEL ORLEANS, and MATT NALWASKY,

         Plaintiffs-Petitioners,

     -against-

BILL de BLASIO, in his official capacity as Mayor of the City of New York; DAVID CHOKSHI, in his official capacity as Health Commissioner of the City of New York; DERMOT SHEA, in his official capacity as Police Commissioner of the City of New York; NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, NEW YORK CITY BOARD OF HEALTH, and NEW YORK CITY POLICE DEPARTMENT,

         Defendants-Respondents.
------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 21-cv-05919 (WFK)

   **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, assigned to represent the Defendants in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below, and that my name be inserted as Counsel on the Docket Sheet.

Dated: New York, New York
    October 26, 2021

                    **GEORGIA M. PESTANA**
                    Corporation Counsel of the
                    City of New York
                    Attorneys for Defendants
                    100 Church Street,
                    New York, New York 10007
                    (212) 356-4382
                    rquinn@law.nyc.gov

By:    /s/ *Rebecca G. Quinn*
        Rebecca G. Quinn
        Senior Counsel

cc:  (via ECF)
     All Counsel of Record