UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., on behalf of its members, PATRICK J. LYNCH, as President of the Police Benevolent Association of the City of New York, Inc., DANIEL MURRO, CORY PILZER, CHRISTIAN PINEZ, ZANETA BOJARSKA, TIANA GUGLIAMO, THOMAS LEONARDO, MICHAEL GAGLIANO, DANIEL ORLEANS, and MATT NALWASKY,<br><br>                   Plaintiffs-Petitioners,<br><br>      -against-<br><br>BILL DE BLASIO, in his official capacity as Mayor of the City of New York; DAVID CHOKSHI, in his official capacity as Health Commissioner of the City of New York; DERMOT SHEA, in his official capacity as Police Commissioner of the City of New York; NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, NEW YORK CITY BOARD OF HEALTH, and NEW YORK CITY POLICE DEPARTMENT,<br><br>                   Defendants-Respondents. | Case 1:21-cv-05919<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs-Petitioners Police Benevolent Association of the City of New York, Inc. ("PBA"), on behalf of its members, Patrick J. Lynch, as President of the PBA, Daniel Murro, Cory Pilzer, Christian Pinez, Zaneta Bojarska, Tiana Gugliamo, Thomas Leonardo, Michael Gagliano, Daniel Orleans, and Matt Nalwasky hereby give notice, by and through their undersigned counsel, that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, against all Defendants-Respondents.

Dated: New York, New York
       October 26, 2021

                        Respectfully submitted,

                        GOLENBOCK EISEMAN ASSOR
                        BELL & PESKOE LLP

                        By: /s/ Jacqueline G. Veit
                              Jacqueline G. Veit
                              Matthew C. Daly

                        711 Third Avenue
                        New York, New York 10017
                        (212) 907-7300
                        jveit@golenbock.com
                        mdaly@golenbock.com

                        *Attorneys for Plaintiffs-Petitioners*